```
        IN THE UNITED STATES DISTRICT COURT
           WESTERN DISTRICT OF ARKANSAS
                 HARRISON DIVISION
```

**TYRONE EASTER**                                                **PLAINTIFF**

v.                        Civil No. 09-3068

**CARROLL COUNTY DETENTION CENTER**                              **DEFENDANT**

### O R D E R

Now on this 4TH day of October, 2010, comes on for consideration the **Report and Recommendation of the Magistrate Judge** (Doc. 7), in this matter, to which no objections have been made. The Court, having carefully reviewed said Report and Recommendation, finds that it is sound in all respects, and that it should be adopted *in toto*.

**IT IS THEREFORE ORDERED** that the **Magistrate Judge's Report and Recommendation is adopted *in toto*.**

**IT IS FURTHER ORDERED** that, for the reasons stated in the Magistrate Judge's Report and Recommendation, Plaintiff's complaint is hereby **DISMISSED WITH PREJUDICE.**

/s/Jimm Larry Hendren
**HON. JIMM LARRY HENDREN
UNITED STATES DISTRICT JUDGE**